**Order issued January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00084-CR

---

### CHRISTOPHER CHARLES JEFFERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Lang, Brown, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the September 27, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christopher Charles Jefferson, Bookin No. 13051895, Dallas County Jail, West Tower-3MW07, P.O. Box 660334, Dallas, Texas, 75266-0334.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE